UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INCHEN HUANG, <br><br>   Plaintiff, <br><br> v. <br><br> DEPOMED, INC., et al., <br><br>   Defendants. | Case No. 17-cv-04830-JST <br><br> **ORDER ALLOWING A SURREPLY** <br><br> Re: ECF Nos. 12, 16 |

Before the Court are two motions for appointment as lead plaintiff and approval of selection of counsel from plaintiffs Depomed Investor Group ("DIG") and City of Pontiac General Employees' Retirement System ("Pontiac"). ECF Nos. 12, 16.

DIG raised certain arguments on reply for the first time.[1] The Court disfavors arguments and evidence raised for the first time on reply. See, e.g., TPK Touch Solutions, Inc. v. Wintek Electro-Optics Corp., No. 13-CV-02218-JST, 2013 WL 5228101, at *4 (N.D. Cal. Sept. 17, 2013) ("The Court does not consider new facts or arguments made for the first time in a reply brief.") (citing Ass'n of Irritated Residents v. C & R Vanderham Dairy, 435 F.Supp.2d 1078, 1089 (E.D. Cal. 2006)).

/ / /

/ / /

/ / /

/ / /

---

[1] Specifically, DIG argued that Aurelio Scarpatetti, alone, "possesses a '[l]arger [f]inancial [i]nterest' than the Pontiac Retirement System." See ECF No. 40 at 8. DIG also included declarations of each of their members. See ECF No. 40-1.

1   To provide Pontiac an opportunity to respond, the Court will allow – but not require –
2   Pontiac to file a surreply of no more than five pages by November 22, 2017.
3   **IT IS SO ORDERED.**
4   Dated: November 15, 2017

_____
JON S. TIGAR
United States District Judge