Adam C. McCall (State Bar No. 302130)
Email: amccall@zlk.com
**LEVI & KORSINSKY, LLP**
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Telephone: (213) 985-7290

*Attorneys for Lead Plaintiff
The Depomed Investor Group and the Class*

[*Additional Counsel appears on signature page*.]

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| INCHEN HUANG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DEPOMED, INC., ARTHUR JOSEPH HIGGINS, JAMES A. SCHOENECK, and AUGUST J. MORETTI,<br><br>Defendants. | Case No. 3:17-cv-04830-JST<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE FOR FILING AMENDED COMPLAINT AND BRIEFING SCHEDULE FOR ANTICIPATED MOTION(S) TO DISMISS**<br><br>Judge:    Hon. Jon S. Tigar |

WHEREAS, on August 18, 2017, Inchen Huang filed a federal securities class action lawsuit against defendants Depomed, Inc. ("Depomed"), Arthur Higgins, James Schoeneck, and August Moretti (collectively, the "Defendants");

WHEREAS, the Case Management Conference is currently scheduled for January 31, 2018 at 2:00 p.m. (ECF No. 43);

WHEREAS, on December 8, 2017, the Court entered an Order appointing the Depomed Investor Group as Lead Plaintiff, and approving Levi & Korsinsky, LLP to serve as Lead Counsel (ECF No. 52);

WHEREAS, Lead Plaintiff anticipates filing an amended complaint and Defendants anticipate moving to dismiss the anticipated amended complaint;

WHEREAS, Lead Plaintiff and Defendants have met and conferred regarding a schedule for the filing of an amended complaint and a briefing schedule for Defendants' anticipated motion(s) to dismiss.

NOW, THEREFORE, having met and conferred, Lead Plaintiff and Defendants have agreed to and respectively submit, for approval by the Court, the following schedule for the filing of and responding to an amended complaint:

1. Lead Plaintiff shall file an amended complaint by February 6, 2018;
2. Defendants shall answer or otherwise respond to the amended complaint by April 9, 2018;
3. If Defendants move to dismiss the amended complaint, Lead Plaintiff shall file its opposition(s) by June 8, 2018;
4. Defendants shall file their replies in support of any motion(s) to dismiss by July 23, 2018;
5. Counsel for the parties shall meet and confer to agree on a proposed hearing date in connection with the motion to dismiss the consolidated amended complaint, subject to the Court's availability; and
6. The Case Management Conference shall be postponed until a decision on the anticipated motion(s) to dismiss.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED: <u>December 14, 2017</u> | **LEVI & KORSINSKY, LLP** |
| 2 | | /s/ *Adam C. McCall* |
| 3 | | Adam C. McCall (SBN 302130)<br>Adam M. Apton (SBN 316506) |
| 4 | | 445 South Figueroa Street, 31st Floor<br>Los Angeles, CA 90071 |
| 5 | | Telephone: (213) 985-7290<br>Email: amccall@zlk.com |
| 6 | | aapton@zlk.com |
| 7 | | |
| 8 | | Nicholas I. Porritt (admitted *pro hac vice*)<br>**LEVI & KORSINSKY, LLP** |
| 9 | | 1101 30th Street NW, Suite 115<br>Washington, DC 20007 |
| 10 | | Telephone: (202) 524-4290<br>Email: nporritt@zlk.com |
| 11 | | |
| 12 | | Rosemary M. Rivas (SBN 209147)<br>**LEVI & KORSINSKY, LLP** |
| 13 | | 44 Montgomery Street, Suite 650<br>San Francisco, California 94104 |
| 14 | | Telephone: (415) 291-2420<br>Facsimile: (415) 484-1294 |
| 15 | | Email: rrivas@zlk.com |
| 16 | | *Attorneys for Lead Plaintiff and the Class* |
| 17 | DATED: <u>December 14, 2017</u> | **WILMER CUTLER PICKERING**<br>  **HALE & DORR LLP** |
| 18 | | |
| 19 | | /s/ *Michael A. Mugmon* |
| | | Michael A Mugmon (SBN 251958) |
| 20 | | 950 Page Mill Road<br>Palo Alto, CA 94304 |
| 21 | | Telephone: 650-858-6000 |
| 22 | | Fax: 650-858-6100<br>Email: michael.mugmon@wilmerhale.com |
| 23 | | |
| | | Rebecca A. Girolamo (SBN 293422) |
| 24 | | **WILMER CUTLER PICKERING**<br>  **HALE & DORR LLP** |
| 25 | | 350 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071 |
| 26 | | Telephone: 213-443-5300 |
| 27 | | Fax: 213-443-5400<br>Email: rebecca.girolamo@wilmerhale.com |
| 28 | | |
| | | *Attorneys for Defendants* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December 15, 2017

———————————————
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE