| | |
|---|---|
| Michael A. Mugmon (SBN: 251958)<br>michael.mugmon@wilmerhale.com<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: +1 650 858 6000<br>Facsimile: +1 650 858 6100 | Adam C. McCall (SBN 302130)<br>amccall@zlk.com<br>LEVI & KORSINSKY, LLP<br>44 Montgomery Street, Suite 650<br>San Francisco, California 94104<br>Telephone: (415) 291-2420<br>Facsimile: (415) 484-1294 |
| Rebecca A. Girolamo (SBN: 293422)<br>rebecca.girolamo@wilmerhale.com<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>350 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>Telephone: +1 213 443 5300<br>Facsimile: +1 213 443 5400 | *Attorney for Lead Plaintiff* |

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| INCHEN HUANG, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>   vs.<br><br>DEPOMED, INC., ARTHUR JOSEPH HIGGINS, JAMES A. SCHOENECK, and AUGUST J. MORETTI,<br><br>                Defendants. | Case No. 3:17-cv-04830-JST<br><br>**STIPULATION AND [PROPOSED]　ORDER**<br><br>Hon. Jon S. Tigar |

1   Pursuant to Civil Local Rules 7-11 and 7-12, the parties respectfully request that the
2   Court permit Defendants Depomed, Inc., Arthur Joseph Higgins, James A. Schoeneck, and
3   August J. Moretti (collectively, "Defendants") and Plaintiff Inchen Huang to exceed—by 5
4   pages—the page limitations that would otherwise apply, under Civil Local Rules 7-2 and 7-3,
5   to the following two briefs:  (i) Defendants' Motion to Dismiss the First Amended Complaint,
6   due on April 9, 2018; and (ii) Plaintiffs' Opposition thereto, due on June 8, 2018.  If this
7   request is granted, the page limit for Defendants' Motion to Dismiss will be 30 pages, and the
8   page limit for Plaintiff's Opposition will be 30 pages.

9   Defendants sought consent from Plaintiffs for an extended brief because the 98-page
10  Amended Complaint contains claims against four defendants and challenges numerous
11  statements over a 25-month Class Period, and Defendants believe the short extension of the
12  page limit enables a brief that will facilitate the Court's consideration of the motion.  Plaintiffs
13  have agreed to Defendants' request, provided that Plaintiffs can file an extended opposition
14  brief, if necessary, to address the arguments in Defendants' extended brief in support of its
15  Motion to Dismiss.

16  Neither party has made any prior request to exceed page limitations for any briefing in
17  this case.

18  Accordingly, the parties hereby respectfully request that the Court, by signing below,
19  modify the applicable page limitations, as set forth below:

20  1.   The page limit for Defendants' Motion to Dismiss the First Amended Complaint
21       shall be extended from 25 pages to 30 pages.
22  2.   The page limit Plaintiffs' Opposition shall be extended from 25 pages to 30
23       pages.

-1-

JOINT STIPULATION
Case No.  3:17-cv-04830-JST

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | Dated: April 5, 2018      WILMER CUTLER PICKERING HALE AND DORR LLP |

1  Respectfully submitted,

2  Dated: April 5, 2018   WILMER CUTLER PICKERING
                            HALE AND DORR LLP

                          By: /s/Rebecca A. Girolamo
                             Michael A. Mugmon
                             Rebecca A. Girolamo

                          *Attorney for Defendants*

   Dated: April 5, 2018   LEVI & KORSINSKY, LLP

                          By: /s/Adam C. McCall
                             Adam C. McCall (SBN 302130)

                          *Attorney for Plaintiffs*

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: April 9, 2018    _____
                         Honorable Jon S. Tigar
                         United States District Court Judge

# SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Joint Stipulation and Proposed Order. In compliance with Local Rule 5-1(i)(3), I hereby attest that the other signatories have concurred in this filing.

Dated: April 5, 2018                By:  /s/ *Rebecca A. Girolamo*
                                                                        Rebecca A. Girolamo
                                                                        WILMER CUTLER PICKERING
                                                                          HALE AND DORR LLP
                                                                        350 S. Grand Avenue, Suite 2100
                                                                        Los Angeles, CA 90071

                                                                        *Attorney for Defendants*