| | |
|---|---|
| Michael A. Mugmon (SBN: 251958)<br>michael.mugmon@wilmerhale.com<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: +1 650 858 6000<br>Facsimile: +1 650 858 6100<br><br>Michael G. Bongiorno (admitted *pro hac vice*)<br>michael.bongiorno@wilmerhale.com<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Telephone: +1 212 230 8800<br>Facsimile: +1 212 230 8888<br><br>Jessica L. Lewis (SBN: 302467)<br>jessica.lewis@wilmerhale.com<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: +1 617 526 6000<br>Facsimile: +1 617 526 5000<br><br>*Attorneys for Defendants*<br>[Additional counsel listed on following page.] | Adam C. McCall (SBN: 302130)<br>amccall@zlk.com<br>Adam M. Apton (SBN: 316506)<br>aapton@zlk.com<br>LEVI & KORSINSKY, LLP<br>44 Montgomery Street, Suite 650<br>San Francisco, California 94104<br>Telephone: (415) 291-2420<br>Facsimile: (415) 484-1294<br><br>Nicholas I. Porritt<br>nporritt@alk.com<br>LEVI & KORSINSKY, LLP<br>1101 30th Street N.W., Suite 115<br>Washington, D.C. 20007<br>Tel: (202) 524-4290<br>Fax: (202) 333-2121<br><br>*Attorneys for Lead Plaintiffs and the Class* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| INCHEN HUANG, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>  vs.<br><br>ASSERTIO THERAPEUTICS, INC., ARTHUR JOSEPH HIGGINS, JAMES A. SCHOENECK, and AUGUST J. MORETTI,<br><br>             Defendants. | Case No. 3:17-cv-04830-JST<br><br>**JOINT STIPULATION TO CONTINUE HEARING DATE AND [PROPOSED] ORDER**<br><br>Hon. Jon S. Tigar |

1 | COUNSEL CONTINUED:

2 | Rebecca A. Girolamo (SBN: 293422)
rebecca.girolamo@wilmerhale.com
3 | Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
4 | Los Angeles, CA 90071
Telephone: +1 213 443 5300
5 | Facsimile: +1 213 443 5400

6

*Additional Attorney for Defendants*

1     WHEREAS, Defendant Assertio Therapeutics, Inc. ("Assertio") counsel has a scheduling conflict on the date noticed for Defendant's Motion to Dismiss Amended Complaint (ECF No. 66), which is currently scheduled for October 25, 2018.

    WHEREAS, the parties have agreed to November 29, 2018 as an acceptable date that will work for all counsel;

    WHEREAS, the parties have not previously requested a continuance of the hearing date on the Motion to Dismiss;

    WHEREAS, good cause exists to continue the hearing because Assertio's counsel is unable to appear on October 25, 2018;

    NOW, THEREFORE, Plaintiffs and Assertio, through their respective undersigned counsel, hereby stipulate as follows: The hearing date for Assertio's Motion to Dismiss Amended Complaint is continued to Thursday, November 29, 2018.

    IT IS SO STIPULATED.


    Respectfully submitted,

Dated: September 27, 2018     WILMER CUTLER PICKERING
                                          HALE AND DORR LLP

                                          By: /s/Rebecca A. Girolamo
                                                Rebecca A. Girolamo
                                                Michael A. Mugmon
                                                Michael G. Bongiorno (admitted *pro hac vice*)
                                                Jessica L. Lewis

                                          *Attorney for Defendants*

Dated: September 27, 2018     LEVI & KORSINSKY, LLP

                                          By: /s/Adam Apton
                                                Adam M. Apton
                                                Adam M. McCall
                                                Nicholas I. Porritt

                                          *Attorneys for Lead Plaintiffs and the Class*

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: October 3, 2018

_____
Honorable Jon S. Tigar
United States District Court Judge

# SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Joint Stipulation and Proposed Order. In compliance with Local Rule 5-1(i)(3), I hereby attest that the other signatories have concurred in this filing.

Dated: September 27, 2018

By: /s/ *Rebecca A. Girolamo*
Rebecca A. Girolamo
WILMER CUTLER PICKERING
 HALE AND DORR LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, CA 90071

*Attorney for Defendants*