| | |
|---|---|
| Adam C. McCall (SBN: 302130)<br>amccall@zlk.com<br>Adam M. Apton (SBN: 316506)<br>aapton@zlk.com<br>LEVI & KORSINSKY, LLP<br>44 Montgomery Street, Suite 650<br>San Francisco, California 94104<br>Telephone: (415) 291-2420<br>Facsimile: (415) 484-1294<br><br>Nicholas I. Porritt<br>nporritt@zlk.com<br>LEVI & KORSINSKY, LLP<br>1101 30th Street N.W., Suite 115<br>Washington, D.C. 20007<br>Tel: (202) 524-4290<br>Fax: (202) 333-2121<br><br>*Attorneys for Lead Plaintiffs and the Class* | Michael A. Mugmon (SBN: 251958)<br>michael.mugmon@wilmerhale.com<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: +1 650 858 6000<br>Facsimile: +1 650 858 6100<br><br>Michael G. Bongiorno (admitted *pro hac vice*)<br>michael.bongiorno@wilmerhale.com<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Telephone: +1 212 230 8800<br>Facsimile: +1 212 230 8888<br><br>Jessica L. Lewis (SBN: 302467)<br>jessica.lewis@wilmerhale.com<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: +1 617 526 6000<br>Facsimile: +1 617 526 5000<br><br>*Attorneys for Defendants*<br><br>[Additional counsel listed on following page] |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| INCHEN HUANG, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>  vs.<br><br>ASSERTIO THERAPEUTICS, INC., ARTHUR JOSEPH HIGGINS, JAMES A. SCHOENECK, and AUGUST J. MORETTI,<br><br>                Defendants. | Case No. 3:17-cv-04830-JST<br><br>**JOINT STIPULATION TO CONTINUE HEARING DATE AND [~~PROPOSED~~] ORDER**<br><br>Hon. Jon S. Tigar |

COUNSEL CONTINUED:

Rebecca A. Girolamo (SBN: 293422)
rebecca.girolamo@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: +1 213 443 5300
Facsimile: +1 213 443 5400

*Additional Attorney for Defendants*

1     WHEREAS, Lead Plaintiffs have a scheduling conflict on the date noticed for Defendant's Motion to Dismiss Amended Complaint (ECF No. 66), which is currently scheduled for November 29, 2018.

    WHEREAS, Lead Plaintiffs' scheduling conflict arose after the parties requested the hearing to be rescheduled on September 27, 2018 (ECF No. 73). On October 11, 2018, the Panel on Multidistrict Litigation scheduled a hearing in an unrelated matter for which Lead Plaintiffs' counsel is required to attend. The hearing is scheduled for November 29, 2018 in New York, New York.

    WHEREAS, the parties have agreed to December 13, 2018 as an acceptable date that will work for all counsel;

    WHEREAS, this is the parties' second request for a continuance of the hearing date on the Motion to Dismiss;

    NOW, THEREFORE, Lead Plaintiffs and Assertio, through their respective undersigned counsel, hereby stipulate as follows: The hearing date for Assertio's Motion to Dismiss Amended Complaint is continued to Thursday, December 13, 2018.

    IT IS SO STIPULATED.

    Respectfully submitted,

Dated: October 30, 2018      LEVI & KORSINSKY, LLP

By: /s/Adam Apton
    Adam M. Apton
    Adam M. McCall
    Nicholas I. Porritt

*Attorneys for Lead Plaintiffs and the Class*

Dated: October 30, 2018      WILMER CUTLER PICKERING
    HALE AND DORR LLP

By: /s/Rebecca A. Girolamo
    Rebecca A. Girolamo
    Michael A. Mugmon
    Michael G. Bongiorno (admitted *pro hac vice*)
    Jessica L. Lewis

*Attorneys for Defendants*

1 | PURSUANT TO THE STIPULATION, IT IS SO ORDERED.
2 |
3 | Dated: November 1, 2018     _____
    Honorable Jon S. Tigar
4 | United States District Court Judge
5 |
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Joint Stipulation and Proposed Order. In compliance with Local Rule 5-1(i)(3), I hereby attest that the other signatories have concurred in this filing.

Dated: October 30, 2018

By: /s/ *Adam M. Apton*
Adam M. Apton
LEVI & KORSINSKY, LLP
44 Montgomery Street, Suite 650
San Francisco, California 94104

*Attorneys for Lead Plaintiffs and the Class*