| | |
|---|---|
| Adam C. McCall (SBN: 302130) | Michael A. Mugmon (SBN: 251958) |
| amccall@zlk.com | michael.mugmon@wilmerhale.com |
| Adam M. Apton (SBN: 316506) | Wilmer Cutler Pickering Hale and Dorr LLP |
| aapton@zlk.com | 950 Page Mill Road |
| LEVI & KORSINSKY, LLP | Palo Alto, CA 94304 |
| 44 Montgomery Street, Suite 650 | Telephone: +1 650 858 6000 |
| San Francisco, California 94104 | Facsimile: +1 650 858 6100 |
| Telephone: (415) 291-2420 | |
| Facsimile: (415) 484-1294 | Michael G. Bongiorno (admitted pro hac vice) |
| | michael.bongiorno@wilmerhale.com |
| Nicholas I. Porritt | Wilmer Cutler Pickering Hale and Dorr LLP |
| nporritt@zlk.com | 7 World Trade Center |
| LEVI & KORSINSKY, LLP | 250 Greenwich Street |
| 1101 30th Street N.W., Suite 115 | New York, NY 10007 |
| Washington, D.C. 20007 | Telephone: +1 212 230 8800 |
| Tel: (202) 524-4290 | Facsimile: +1 212 230 8888 |
| Fax: (202) 333-2121 | |

*Attorneys for Lead Plaintiff and the Class*     *Attorneys for Defendants*

[Additional counsel listed on following page]

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| INCHEN HUANG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ASSERTIO THERAPEUTICS, INC., ARTHUR JOSEPH HIGGINS, JAMES A. SCHOENECK, and AUGUST J. MORETTI,<br><br>Defendants. | Case No. 3:17-cv-04830-JST<br><br>**JOINT STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER REGARDING DEADLINE FOR FILING SECOND AMENDED COMPLAINT AND BRIEFING SCHEDULE FOR ANTICIPATED MOTION(S) TO DISMISS**<br><br>Judge:    Hon. Jon S. Tigar |

Case No. 3:17-cv-04830-JST
JOINT STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER REGARDING DEADLINE FOR FILING SECOND AMENDED COMPLAINT AND BRIEFING SCHEDULE FOR ANTICIPATED MOTION(S) TO DISMISS

WHEREAS, on August 18, 2017, Inchen Huang filed a federal securities class action lawsuit against defendants Assertio Therapeutics, Inc. f/k/a Depomed, Inc., Arthur Higgins, James Schoeneck, and August Moretti (collectively, the "Defendants");

WHEREAS, on December 8, 2017, the Court entered an Order appointing the Depomed Investor Group as Lead Plaintiff, and approving Levi & Korsinsky, LLP to serve as Lead Counsel (ECF No. 52);

WHEREAS, on February 6, 2018 Lead Plaintiff filed its First Amended Complaint (ECF No. 61);

WHEREAS, on April 9, 2018 Defendants filed a Motion to Dismiss the First Amended Complaint (ECF No. 66);

WHERAS, on March 18, 2019 the Court Granted Defendants' Motion to Dismiss without prejudice, and gave Lead Plaintiff 21 days to file a Second Amended Complaint (ECF No. 83);

WHEREAS, Lead Plaintiff anticipates filing a Second Amended Complaint and Defendants anticipate moving to dismiss the anticipated Second Amended Complaint;

WHEREAS, Lead Plaintiff and Defendants have met and conferred regarding a schedule for the filing of a second amended complaint and a briefing schedule for Defendants' anticipated motion(s) to dismiss.

NOW, THEREFORE, having met and conferred, Lead Plaintiff and Defendants have agreed to and respectively submit, for approval by the Court, the following schedule for the filing of and responding to an amended complaint:

1. Lead Plaintiff shall file a second amended complaint by May 2, 2019;
2. Defendants shall answer or otherwise respond to the second amended complaint by June 17, 2019;
3. If Defendants move to dismiss the amended complaint, Lead Plaintiff shall file its opposition(s) by August 1, 2019;
4. Defendants shall file their replies in support of any motion(s) to dismiss by August 30, 2019;
5. Counsel for the parties shall meet and confer to agree on a proposed hearing date in

| | |
|---|---|
| 1 | connection with the motion to dismiss the consolidated amended complaint, subject to the |
| 2 | Court's availability; and |
| 3 | 6. The initial scheduling date set forth in the Court's March 18, 2019 Order, ECF No. 83, is |
| 4 | vacated. |
| 5 | IT IS SO STIPULATED. |

DATED: March 29, 2019

**LEVI & KORSINSKY, LLP**

/s/ Adam C. McCall
Adam C. McCall (SBN 302130)
Adam M. Apton (SBN 316506)
Nicholas I. Porritt (admitted *pro hac vice*)

*Attorneys for Lead Plaintiff and the Class*

DATED: March 29, 2019

**WILMER CUTLER PICKERING
 HALE & DORR LLP**

/s/ Michael A. Mugmon
Michael A. Mugmon (SBN: 251958)
Michael G. Bongiorno (admitted *pro hac vice*)

*Attorney for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: April 2, 2019

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| 1 | **SIGNATURE ATTESTATION** |
| 2 | I am the ECF User whose identification and password are being used to file the foregoing Joint |
| 3 | Stipulation and Proposed Order. In compliance with Local Rule 5-1(i)(3), I hereby attest that the other |
| 4 | signatories have concurred in this filing. |

Dated: March 29, 2019       By: /s/ Adam C. McCall

                                                  Adam C. McCall (SBN: 302130)
                                                  LEVI & KORSINSKY, LLP
                                                  44 Montgomery Street, Suite 650
                                                  San Francisco, California 94104

                                                 *Attorneys for Lead Plaintiffs and the Class*