Huang et al v. Assertio Therapeutics, Inc. et al
c/o Analytics Consulting LLC
P.O. Box 2004
Chanhassen, MN 55317-2004

### COURT-ORDERED LEGAL NOTICE

**Important Notice about a Securities Class Action Settlement.**

**You may be entitled to a CASH payment. This Notice may affect your legal rights. Please read it carefully.**

*Huang et al v. Assertio Therapeutics, Inc. et al*
Case No. 4:17-cv-04830-JST (N.D. Cal.)

[Postage Prepaid]

Name
Address
City, State
Zip

*THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT.*
*PLEASE VISIT WWW.DEPOMEDSECURITIESLITIGATION.COM FOR MORE INFORMATION.*

The U.S. District Court for the Northern District of California (the "Court") has preliminarily approved a proposed Settlement of claims against Depomed, Inc., n/k/a Assertio Therapeutics, Inc. ("Depomed"), Arthur Joseph Higgins, James A. Schoeneck, and August J. Moretti (collectively, "Defendants"). The Settlement would resolve a lawsuit in which Plaintiffs allege Defendants disseminated false statements and omitted material facts which had the effect of artificially inflating the price of Depomed common shares during the Class Period. Defendants deny any wrongdoing. You received this Postcard Notice because you or someone in your family may have purchased or otherwise acquired common shares of Depomed from July 29, 2015 to August 7, 2017, inclusive.

Depomed has agreed to pay a Settlement Amount of $1,000,000 in exchange for the settlement of this case and the Releases by Settlement Class Members of claims related to this case. The Settlement provides that the Settlement Fund, after deduction of any Court-approved attorneys' fees and expenses, notice and administration costs, and taxes, is to be divided among all Settlement Class Members who submit a valid Claim Form. **For all details of the Settlement, read the Stipulation and full Notice, available at www.DepomedSecuritiesLitigation.com.**

Your share of the Settlement proceeds will depend on the number of valid Claims submitted, and the number, size and timing of your transactions in Depomed common shares. If every eligible Settlement Class Member submits a valid Claim Form, the average recovery will be $0.021 per eligible share before expenses and other Court-ordered deductions. Your award will be determined *pro rata* based on the number of claims submitted. This is further explained in the detailed Notice found on the Settlement website.

**To qualify for payment, you must submit a Claim Form**. The Claim Form can be found on the website www.DepomedSecuritiesLitigation.com or will be mailed to you upon request to the Claims Administrator (866-327-1934). **Claim Forms must be submitted online or postmarked by _____**. If you do not want to be legally bound by the Settlement, you must exclude yourself by _____, or you will not be able to sue the Defendants about the legal claims in this case. If you exclude yourself, you cannot get money from this Settlement. If you want to object to the Settlement, you may file an objection by _____. The detailed Notice explains how to submit a Claim Form, exclude yourself or object.

The Court will hold a hearing in this case on _____, to consider whether to approve the Settlement and a request by the lawyers representing the Settlement Class for up to 33.33% of the Settlement Fund in attorneys' fees, plus actual expenses up to $60,000 for litigating the case and negotiating the Settlement. You may attend the hearing and ask to be heard by the Court, but you do not have to. The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means. For more information, call toll-free (866-327-1934) or visit the website www.DepomedSecuritiesLitigation.com and read the detailed Notice.