UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INCHEN HUANG, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ARTHUR JOSEPH HIGGINS, et al.,<br><br>    Defendants. | Case No. 17-cv-04830-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 117 |

Before the Court is Plaintiff Depomed's unopposed motion for preliminary approval of settlement. ECF No. 117. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for October 7, 2021, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: September 27, 2021



JON S. TIGAR
United States District Judge